UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20968-CIV-HUCK/WHITE

FITZROY ROYER,

    Petitioner,

v.

WALTER McNEIL,

    Respondent.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on a Report and Recommendation (D.E. # 11) by the Honorable Patrick A. White, United States Magistrate Judge, filed April 13, 2009, recommending that Petitioner's *pro se* petition for writ of habeas corpus (D.E. # 1) be dismissed. Petitioner has not filed objections within the period required by law. The Court reviewed *de novo* the Report and Recommendation, the pertinent portions of the record, and is otherwise duly advised. It is hereby

ORDERED that the Court adopts the findings of fact and conclusions of law as stated in the Report. The petition is dismissed for lack of exhaustion and, alternatively, denied on the merits. The Clerk is directed to close this case and deny any pending motions as moot.

DONE AND ORDERED in Chambers, Miami, Florida, May 17, 2010.

Paul C. Huck
United States District Judge

**Copies furnished to:**
Fitzroy Royer
M-01535
Dorm J-2113-upper
South Florida Reception Center
14000 Northwest 41st Street
Miami, FL 33178-3003
**PRO SE**

All Counsel of Record
Magistrate Judge Patrick A. White